IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01538-AP

JENNIFER I. LAGRANGE,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                                          <u>For Plaintiff:</u>
                                          MICHAEL W. SECKAR
                                          402 W. 12th Street
                                          Pueblo, CO 81003
                                          (719) 543-8636
                                          seckarlaw@mindspring.com

                                          <u>For Defendant</u>:
                                          JOHN F. WALSH
                                          United States Attorney

                                          KEVIN TRASKOS
                                          Chief, Civil Division
                                          United States Attorney's Office
                                          District of Colorado

                                          THOMAS H. KRAUS
                                          Special Assistant United States Attorney
                                          1001 17th Street
                                          Denver, Colorado 80202
                                          (303) 844-0017
                                          tom.kraus@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:**  6/29/10

      B.      **Date Complaint Was Served on U.S. Attorney's Office:**  7/15/10

      C.      **Date Answer and Administrative Record Were Filed**:  9/13/10

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.      **OTHER MATTERS**

None.

8.      **BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

      A.      **Plaintiff's Opening Brief Due:**  12/23/10

      B.      **Defendant's Response Brief Due:**  2/7/11

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** 2/21/11

*Note:  Due to the extended period of briefing, the court will not consider extensions absent extreme circumstances.*

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 17th day of November, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar                          JOHN F. WALSH
MICHAEL W. SECKAR                             UNITED STATES ATTORNEY
402 W. 12th Street
Pueblo, CO 81003                              KEVIN TRASKOS
(719) 543-8636                                Chief, Civil Division
seckarlaw@mindspring.com                      United States Attorney's Office
                                              District of Colorado
Attorney for Plaintiff
                                              s/ Thomas H. Kraus
                                              By: THOMAS H. KRAUS
                                              Special Assistant U.S. Attorney
                                              Social Security Administration
                                              Office of the General Counsel
                                              1001 17th Street
                                              Denver, Colorado 80202
                                              (303) 844-0017
                                              tom.kraus@ssa.gov

                                              Attorneys for Defendant